UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

## MEDIATION CERTIFICATION

| Case number: 2:20-CV-2248-SHL | Case title: JONES V. A1 DIABETES & MEDICAL SUPPLY, INC. |
|---|---|
| Plaintiff counsel: PATRICK H. PELUSO, ESQ. | |
| Defendant counsel: ROBERT F. TOM, ESQ. | |
| Presiding Judge: SHERYL H. LIPMAN | Mediator: ALLEN S. BLAIR |

I, _ALLEN S. BLAIR_, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on _9/4/20_.

As a result of that mediation held on _9/4/20_.

☐ The case has settled in whole.

   ☐ Case settled prior to scheduling first mediation session.

   ☐ Parties have agreed that _____ will prepare
      settlement agreement and stipulation for dismissal to be filed with the Court.

☑ The case has not settled.

   ☐ Mediation will continue on _____.

   ☑ The parties may schedule another session at a later date.

   ☐ Mediation is complete.  The case will proceed toward trial pursuant to the
      Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| Date 9/8/20 | Electronic signature of Mediator: s/ allen S. Blair |
|---|---|