UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>A1 DIABETES & MEDICAL SUPPLY, INC., a Tennessee corporation,<br><br>Defendant. | Case No. 2:20-cv-02248-SHL-cgc<br><br>**CLASS ACTION**<br><br>**JURY DEMAND** |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE CLASS ALLEGATIONS AND CLAIMS WITH PREJUDICE**

Plaintiff David Jones ("Plaintiff"), by and through his undersigned counsel, hereby provides notice of the attached opinion issued on December 17, 2020, in *Shen v. Tricolor California Auto Group, LLC*, Case No. 2:20-cv-07419-PA-AGR (C.D. Cal. Dec. 17, 2020) (attached hereto as Exhibit A) as supplemental authority in support of his Response in Opposition to Defendant's Motion to Dismiss and/or Strike Class Allegations and Claims with Prejudice (dkt. 35).

Respectfully Submitted,

**DAVID JONES**, individually and on behalf of class of similarly situated individuals

Dated: December 17, 2020

By:   /s/ Patrick H. Peluso
    One of Plaintiff's Attorneys

Bradley G. Kirk
BRADLEY G. KIRK
1910 Madison Avenue, Suite #112
Memphis, TN 38104
901-206-6163
Email: bgkirklaw@gmail.com

Patrick Peluso*
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720) 213-0675
ppeluso@woodrowpeluso.com

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on December 17, 2020.

/s/ Patrick H. Peluso