IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DAVID JONES, Individually, and on behalf of all others similarly situated,[1] <br><br>    Plaintiff, <br><br> v. <br><br> A1 DIABETES & MEDICAL SUPPLY, INC., a Tennessee corporation, <br><br>    Defendant. | No. 2:20-cv-2248-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed March 31, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 49) filed April 12, 2021, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are hereby **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

April 13, 2021
Date

---

[1] This matter was never certified as a class action.